UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| **STEVEN PRAKEL**, <br><br> and <br><br> **CAROLYN PRAKEL**, <br><br> **Plaintiffs,** <br><br> v. <br><br> **THE STATE OF INDIANA**, et al. <br><br> **Defendants.** | Case No. 4:12-cv-045-SEB-WGH |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs, Steven Matthew Prakel and Carolyn Prakel, pursuant to Fed. R. Civ. P. 56, move this Court for an Order granting partial summary judgment with respect to liability for Defendants' violations of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131, *et seq.*, and section 504 of the Rehabilitation Act, 29 U.S.C. §794.

For the reasons stated in Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment, Plaintiffs request that the Court grant their Motion for Partial Summary Judgment as to liability, enter an order granting Plaintiffs equitable and declaratory relief, and set this matter for trial on the sole remaining question of the amount of compensatory damages that should be awarded Plaintiffs.

DATED this 9th day of October, 2013.

FOR THE PLAINTIFFS,

s/Mary C. Vargas
Mary Vargas

Michael Stein
Stein & Vargas, LLP
5100 Buckeystown Pike
Suite 250
Frederick, MD 21704
Tel: (240) 793-3185
Fax: (888) 778-4620
Mary.Vargas@steinvargas.com
Michael.Stein@steinvargas.com

Matthew Lorch
Lorch Law Office LLC
223 E. Spring Street
New Albany, IN 47150
Tel: (812) 949-2111
Fax: (502) 805-0482
matthew@lorchlaw.com

Debra Patkin
National Association of the Deaf
Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Tel: (301) 587-1788
Fax: (301) 587-1791
debra.patkin@nad.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Mary C. Vargas